448 A.2d 1155

Lukachyk, Appellant v. Port Authority, etc.

Argued February 10, 1982. Saul Davis, for appellant; Albert G. Feczko, for appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Judgment affirmed.

POPOVICH, J., concurred in the result.

450 A.2d 754

Miller, Appellant v. Miller.

Reargument Denied Sept. 30, 1982.

Petition for Allowance of Appeal Denied Nov. 30, 1982.

Argued February 9, 1982. Edward J. Greene, for appellant; Leo M. Stepanian, for appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Judgment affirmed.